BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  rohlfing_office@speakeasy.net

Attorney for DEBRA JENNINGS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA JENNINGS, | ) No.  1:08-CV-00734 AWI DLB |
| Plaintiff, | ) STIPULATION TO DISMISSAL |
| v. | ) |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///

-1-

1    Each party shall bear his/her own costs and expenses.

2

3    DATED: November 6, 2008          LAW OFFICES OF LAWRENCE D. ROHLFING

4                                     */s/ - Brian C. Shapiro*

5                                     _____
                                      BRIAN C. SHAPIRO
6                                     Attorneys for DEBRA JENNINGS

7

8    DATED: November 6, 2008          McGREGOR W. SCOTT
                                      United States Attorney
9

10
                                      */S/-Shea Bond SAUSA*
11

12

13                                    _____
                                      SHEA BOND
14                                    SPECIAL ASSISTANT AUSA
                                      JEFFREY J. LODGE
15                                    Assistant United States Attorney
                                      Attorney for Defendant
16
                                      [*By via email authorization on 11/6/08]
17

18

19

20   IT IS HEREBY ORDERED, based on the stipulation by and between the

21   parties, through their respective counsel, that the court dismisses the above matter

22   without prejudice. Each side to bear his/her own costs and expenses, including but

23   not limited to attorney's fees.

24   IT IS SO ORDERED.

25   DATE:  November 7, 2008

26          ____/s/_____
            THE HONORABLE DENNIS L. BECK
27          UNITED STATES MAGISTRATE JUDGE

28